# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE CAMPAGNA, et al., | Case No. 2:15-cv-00090-RFB-CWH |
| Plaintiffs, | **ORDER** |
| vs. | |
| TALK FUSION, INC., | |
| Defendant. | |

     This matter is before the Court on Defendant's Motion to Stay (#25), filed February 18, 2015. Defendant requests a stay of "the time to file additional motions responding to claims" brought by Plaintiffs until the Court resolves the pending motion to transfer venue (#22). On March 9, 2015, Plaintiffs filed a notice of non-opposition (#33). The Court has considered the motion in light of the goals of Fed. R. Civ. P. 1 to "secure the just, speedy, and inexpensive" determination in all cases and finds there is good cause for the requested stay while the Court resolves the important preliminary question of venue.

     DATED: April 16, 2015.

                                                       **C.W. Hoffman, Jr.**
                                                       **United States Magistrate Judge**